UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
rsolarz@kmllawgroup.com
Attorneys for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2015-1

In Re:
Genaro Herrera

Debtor(s).

Case No: 21-19470 CMG

Chapter: 13

Judge: Christine M. Gravelle

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2015-1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 12/14/2021

/s/ Rebecca Solarz
Rebecca Solarz
14 Dec 2021, 11:05:35, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 33a1621cef3b67b05699dc36720b788cf6e54970fe669e786f4ecdde2f0415b7