# Goins & Goins, L.L.C.

323 Washington Avenue
Elizabeth, New Jersey 07202
Phone: (908) 351-1984
Fax: (908) 351-1982

ATTORNEYS AT LAW
DONALD C. GOINS, ESQ.
JOHN O. GOINS, ESQ.
DANIEL GOINS, ESQ.

September 6, 2023

Honorable Judge Christine M. Gravelle
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Courtroom #3

**Re: Genaro Herrera**
    **Case No.: 21-19470-CMG**
    **Chapter 13**

Dear Judge Gravelle,

    Please accept this letter as the formal Withdrawal of [Doc 67] the debtor's Opposition to the Motion for Relief from Stay. The debtor is withdrawing his Opposition [Doc 67] because a recent appraisal confirmed that there is no equity in the property to support a sale and the properties in this area are not selling for above their listing prices. The Motion for Relief from the Automatic Stay is currently scheduled for a hearing on September 6, 2023.

    Thank you for your cooperation in this matter.

Respectfully Submitted,

GOINS & GOINS, L.L.C.

By: _/s/ Daniel Goins_
    Daniel Goins, Esq.
DCG/dg
c:fl.
G.Herrera.l.6.23